# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JOSE MARTINEZ RIVAS, )
*Plaintiff* )
v. ) Case No. 7:26-cv-07379
COUNTY OF ORANGE, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jose Martinez Rivas .

Date: 09/08/2026

*Attorney's signature*

Philip Reid, 5650361
*Printed name and bar number*
32 Broadway, Suite 1818
New York, New York 10004

*Address*

preid@saccofillas.com
*E-mail address*

(212) 470-2794
*Telephone number*

(212) 656-1174
*FAX number*